135 F.3d 763
 Amy L. Altimus
v.
Secretary, Department of Defense, Secretary, Department of
Labor, U.S. Merit Systems Protection Board, Equal Employment
Opportunity Commission, Office of Federal Operations, Shaw,
Bransford and O'Rourke (Two Cases); Amy L. Altimus v.
Defense Contract Audit Agency, Director, Defense Finance &
Accounting Service Director, State of Maryland, Board of
Appeals Chairperson, PA Unemployment Compensation Board of
Review, Chairman
 NOS. 96-3722, 97-3306, 97-3307
 United States Court of Appeals,
Third Circuit.
 Dec 15, 1997
 
 Appeal From: W.D.Pa. ,Nos.961682, 961891 ,
 Ziegler, J.
 
 
 1
 Affirmed.